**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS                                                                 CASE NO.  3:99cr2LAC

WARREN PHILLIPS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   December 5, 2006
Motion/Pleadings:   MOTION TO REOPEN FEDERAL SENTENCE
Filed by DEFENDANT PRO SE            on  11/22/2006        Doc.# 122
RESPONSES:
GOVERNMENT                            on  12/15/2006        Doc.# 123
                                      on                    Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                           Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of December, 2006, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.