UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                       CASE NO.  3:99cr2LAC

WARREN PHILLIPS

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on    MAY 28, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE    on 5/27/2008    Doc.# 138

RESPONSES:

             on       Doc.#
             on       Doc.#

____ Stipulated    ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 3rd day of July, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) Defendant was sentenced to the mandatory minimum term of life imprisonment as required by statute. No matter if the guideline range is reduced under Amendment 706 (as amended by Amendment 711), the mandatory minimum sentence of life imprisonment remains unchanged.*

*s/L.A. Collier*
**LACEY A. COLLIER**
**Senior United States District Judge**

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.